1  DANIEL MARINO
   REED SMITH, LLP
2  1301 K STREET, N.W., SUITE 1100-EAST TOWER
   WASHINGTON, DC 20005
3  (202) 414-9269 FAX (202) 414-9299

   Priority   Send  X
   Enter  ___
   Closed ___
   JS-5/JS-6 ___
   JS-2/JS-3 ___
   Scan Only ___

4  *Local Counsel:*
5  WALTER WEISS
   STATE BAR NO. 31587
6  LAW OFFICES OF WALTER WEISS
   12400 WILSHIRE BLVD., SUITE 1300
7  LOS ANGELES, CALIFORNIA 90025
8  (310) 207-6679 FAX (310) 207-6830

```
FILED
CLERK, U S DISTRICT COURT
DEC 18 2000
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUR PILLARS ENTERPRISES CO., LTD., <br><br> Petitioner, <br><br> v. <br><br> AVERY DENNISON CORPORATION, <br><br> Respondent. | Civil Action No. CV 00-11536 (RZx) <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON FOUR PILLARS' SUPPLEMENTAL PETITION FOR DISCOVERY** <br><br> Date:  December 18, 2000. <br> Time:  10:00 a.m. <br> Courtroom: 20 <br> Judge:  Hon. Ralph Zarefsky |

WHEREAS the hearing on Four Pillars Enterprises Co., Ltd.'s ("Four Pillars") Supplemental Petition for Discovery is currently scheduled for December 18, 2000;

WHEREAS Four Pillars lead counsel, Daniel Marino, will be traveling out of the United States on another matter on the morning of December 18, 2000, and is therefore not available for the scheduled hearing; and

WHEREAS counsel for Four Pillars and Avery Dennison Corporation ("Avery Dennison") have agreed upon a hearing date that is mutually acceptable to both parties;



1  IT IS HEREBY STIPULATED AND AGREED, and the parties jointly request that the
2  hearing on oral argument take place on January 22, 2001, at 10:00 a.m.
3  SO STIPULATED AND AGREED
4
5  DATED: December __, 2000

LAW OFFICES OF WALTER WEISS

By: _____
Walter Weiss
Attorneys for Petitioner
Four Pillars Enterprises Co., Ltd.

10 DATED: December 13, 2000

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: _____
Dominic Surprenant
Attorneys for Respondent
Avery Dennison Corporation

**ORDER**

IT IS SO ORDERED.

DATED: December 15, 2000

_____
The Honorable Ralph Zarefsky
United States Magistrate Judge

- 2 -

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA     )
                        )ss.
COUNTY OF LOS ANGELES   )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 601 West Fifth Street, 12th Floor, Los Angeles, California 90071-2025.

    On December 14, 2000, I served the foregoing document described as **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON FOUR PILLARS' SUPPLEMENTAL PETITION FOR DISCOVERY** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Dominic Suprenant, Esq.
Quinn, Emanuel Urquhart Oliver & Hedges
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

Walter Weiss
Law Offices of Walter Weiss
12400 Wilshire Blvd., Suite 1300
Los Angeles, California 90025

    I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    Executed on December 14, 2000 at Los Angeles, California.

[   ] (State)    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[XX] (Federal)    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
David M. Jens